# United States District Court
## Violation Notice

MY58

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3894979 | C. Edwards | 124 |

3894979

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged: ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 02/03/2013  0320 | 36 CFR 4.21(c) |

**Place of Offense:** WB Clarabarton Pkwy @ Sycamore Island

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Speed 63 in 35
DS 040457 SN# FA199295
SN# ▓▓▓▓▓

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| G▓▓▓▓ | R▓▓▓t | N/A |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 3AN6060 | MD | 08 | BMW | | Black |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 160.00 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 185.00 Total Collateral Due

### YOUR COURT DATE

Court Address: MPD170173
U.S. District Court
6500 Cherrywood Lane, Suite 240
Greenbelt, MD 20770

Date: TBA
Time: TBA

X Defendant Signature: [signed]

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
- my personal observation
- my personal investigation
- X information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident